# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:18-cr-00038-APG-NJK |
| vs. | ORDER |
| BENITO ALBERTO INZUNZA-SIERRA, | (Docket No. 13) |
| Defendant. | |

Pending before the Court is Defendant's counsel's motion to withdraw as counsel, Docket No. 13.

The Court sets the motion for hearing on February 12, 2018, at 10:00 a.m. in courtroom 3D. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: February 9, 2018.

NANCY J. KOPPE
United States Magistrate Judge