**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:18-cr-00038-APG-NJK |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BENITO ALBERTO INZUNZA-SIERRA, | ) | |
| | ) | |
| Defendant. | ) | |

On February 12, 2018, this Court granted Defense Counsel's Motion to Withdraw as Counsel. Docket no 19.

Accordingly, IT IS HEREBY ORDERED that **Karen C. Winckler, Esq.,** is appointed as counsel for Benito Alberto Inzunza-Sierra in place of David R. Fischer for all future proceedings.

Mr. Fischer's office shall forward the file to Ms. Winckler forthwith.

DATED this 12th day of February, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE