DAYLE ELIESON
United States Attorney
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6020
brandon.jaroch@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.'s: 2:18-cr-00038-APG-NJK |
| Plaintiff, | 2:18-cr-00047-APG-NJK |
| vs. | JOINT MOTION TO CONSOLIDATE |
| BENITO ALBERTO INZUNZA-SIERRA, | (First Request) |
| Defendant. | |

IT IS HEREBY AGREED, by and between Dayle Elieson, United States Attorney, and Brandon C. Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Karen Winkler, Esq., counsel for Benito Alberto Inzunza-Sierra to jointly move the Court to consolidate the above captioned cases under a single case number – 2:18-cr-0038-APG-NJK.

This Joint Motion to Consolidate is entered into for the following reasons:

1. On January 24, 2017, the defendant was arrested and appeared in court pursuant to a one count criminal complaint, in case styled 2:18-cr-00038-APG-NJK, alleging Deported Alien Found Unlawfully in the United States, in violation of 8 U.S.C.

1

1. § 1326. A criminal indictment was filed on February 7, 2018. Ms. Karen Winkler was assigned as counsel on February 12, 2018.

2. On March 7, 2018, the defendant had an initial appearance on a revocation of supervised release petition in case styled 2:18-cr-00047-APG-NJK. The revocation petition alleges that the defendant violated his terms of supervised release by illegally reentering the United States. The Revocation of Supervised Release hearing is scheduled for March 22, 2018, at 9:30 a.m.

3. The parties request that the cases be consolidated because the indictment and revocation petition are inextricably linked. Additionally, the interests of judicial economy and efficiency would be served by joining the matters and allow the parties to negotiate a global resolution.

4. Additionally, the parties request the Revocation of Supervised Release hearing be continued and combined with the trail date currently set for April 9, 2018, at 9:00 a.m.

5. The defendant is in custody and agreed to the proposed consolidation.

DATED this 16th day March, 2018.

By */s/ Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

By */s/ Karen Winkler*
KAREN WINKLER, Esq.
Counsel for INZUNZA-SIERRA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BENITO ALBERTO INZUNZA-SIERRA,

    Defendant.

Case No.'s: 2:18-cr-00038-APG-NJK
              2:18-cr-00047-APG-NJK

ORDER

## **ORDER**

IT IS ORDERED that the two cases, 2:18-cr-00038-APG-NJK and 2:18-cr-00038-APG-NJK, be consolidated and combined into 2:18-cr-00038-APG-NJK before the Honorable District Judge Andrew P. Gordon.

IT IS FURTHER ORDERED that the Revocation of Supervised Release hearing currently scheduled for March 22, 2018, at 9:30 a.m., is continued until April 9, 2018, at 9:00 a.m.

DATED this  19th  of March, 2018.

                                          HONORABLE ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE