# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:18-cr-00038-APG-NJK |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 38) |
| BENITO ALBERTO INZUNZA-SIERRA, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is a motion to withdraw as counsel filed by Karen C. Winckler, Esq. Docket No. 38. Ms. Winckler asks the Court to withdraw as counsel for Defendant due to, *inter alia*, recurring health issues. *Id*. at 1. Ms. Winckler asks the Court to appoint Monti Jordana Levy, an attorney in her firm, to represent Defendant, and submits that Ms. Levy will be prepared for Defendant's scheduled sentencing. *Id*. at 1-2.

The Court GRANTS Ms. Winckler's motion. Docket No. 38. IT IS HEREBY ORDERED that Monti Jordana Levy, Esq., is appointed as counsel for Defendant in place of Karen Winckler for all future proceedings.

DATED this 28th day of August, 2018.

Nunc Pro Tunc date: August 24, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE