DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENITO ALBERTO INZUNZA-SIERRA,<br><br>Defendant. | Case No.'s: 2:18-cr-00038/47-APG-NJK<br><br>Stipulation to Continue Sentencing and Revocation of Supervised Release Hearings (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and MONTI LEVY, Esq., counsel for the defendant BENITO ALBERTO INZUNZA-SIERRA:

THAT THE SENTENCING AND REVOCATION OF SUPERVISED RELEASE HEARINGS CURRENTLY SCHEDULED FOR November 13, 2018, at 9:30 a.m., before be vacated and reset to November 20, 2018, at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Government Counsel will be undergoing a medical procedure at the VA medical facility that requires him to be out of the office on November 13, 2018. Given

the nature and history of this case, Government Counsel would like to be present for both the sentencing and revocation hearings to properly address the Government's positions as to both.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is detained and does not oppose the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for a continuance.

Dated this 9th day of November, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Monti Levy*
MONTI LEVY, Esq.
Counsel for INZUNZA-SIERRA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.'s: 2:18-cr-00038/47-APG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| BENITO ALBERTO INZUNZA-SIERRA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Sentencing and Revocation of Supervised Release Hearings, currently scheduled for November 13, 2018, at 9:30 a.m., be vacated and continued to November 20, 2018, at 9:00 a.m.

DATED this 9th day of November, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE