# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00038-APG-NJK |
| Plaintiff | **Order** |
| v. | [ECF No. 55] |
| BENITO ALBERTO INZUNZA-SIERRA, | |
| Defendant | |

I ORDER that defendant Benito Alberto Inzunza-Sierra's motion for status (ECF No. 55) is GRANTED.  As a one-time courtesy, I direct the clerk of court to send Inzunza-Sierra copies of ECF Nos. 49, 52, 53, and 54 to the address listed on his motion at ECF No. 55.

DATED this 2nd day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE